UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 19-cr-393-TNM-1 |
| ) | |
| ) | |
| CLEOPHAT TANIS ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION TO
EXTEND SELF-REPORTING DATE TO THE BUREAU OF PRISONS**

Defendant Cleophat Tanis, by and through undersigned counsel, respectfully moves to extend the date on which he is to report to the Bureau of Prisons ("BOP") by fifty-seven (57) days, from September 3, 2020 to October 29, 2020.[1] In support of this motion counsel states the following:

1. On December 16, 2019, Mr. Tanis took responsibility for his conduct in the above matter and entered a plea of guilty to count one (1) of the criminal information filed in this case, charging him with Mail Fraud, in violation of 18 U.S.C. § 1341. *See* ECF No. 3.

2. On March 16, 2020, this court sentenced Mr. Tanis to a one (1) month term of incarceration followed by twelve (12) months of supervised release. *See* ECF No. 20.

3. The Court permitted Mr. Tanis to voluntarily self-surrender to the Bureau of Prisons (BOP). *Id.*

---

[1] The parties had agreed to a sixty (60) day extension, but that would result in Mr. Tanis self-reporting to a BOP facility on a weekend, which may in certain instances result in delays or other issues.

4.     The United States Probation Office has designated that Mr. Tanis report to Montgomery FPC.

5.     Because of the ongoing COVID-19 pandemic, this Court has granted two (2) Unopposed Motions to Extend Self-Reporting Date to the Bureau of Prisons. (ECF 23, 25)

6.     Due to the current health emergency and the Department of Justice and BOP's recent efforts to control the impact of the COVID-19 virus on BOP inmates, an extension of an additional fifty-seven (57) days for Mr. Tanis to self-report is consistent with the BOP's efforts to address the current health emergency for BOP inmates. Additionally, the extension would afford Mr. Tanis the ability to comply with current "stay-at-home" orders and social distancing guidelines and better serve to protect him and his wife, who recently underwent significant surgery, from infection.

7.     Assistant United States Attorney Kondi Kleinman does not oppose this motion.

WHEREFORE, Mr. Tanis respectfully requests that the Court grant this motion and extend his self-reporting date to October 29, 2020.

Respectfully submitted,

___/s/_____
David Benowitz
DC Bar No 451557
*Counsel for Cleophat Tanis*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20004
Office: (202) 417-6000
Mobile: (202) 271-5249
Fax: (202) 664-1331

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2020, I filed the foregoing Unopposed Motion to Extend Self-Reporting Date to the Bureau of Prisons via ECF, to the attention of AUSA Kondi Kleinman, United States Attorney's Office, 555 Fourth Street, NW, Washington, DC  20530.

___/s/_____
David Benowitz